446 A.2d 604

**COMMONWEALTH of Pennsylvania**

v.

**David JONES, Appellant.**

**No. 80-3-748.**

Supreme Court of Pennsylvania.

Submitted April 13, 1982.

Decided June 24, 1982.

Reconsideration Denied Sept. 13, 1982.

Kalvin Kahn, Philadelphia, (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Asst. Dist. Attys., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed.